# Court of Appeals
# of the State of Georgia

ATLANTA, December 06, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0693.  KEVIAS DEMARCUS JACKSON v. THE STATE.**

Kevias Demarcus Jackson was convicted of armed robbery and other crimes. We affirmed his convictions on appeal. *Jackson v. State*, 326 Ga. App. XXVI (Case No. A13A2435, decided March 27, 2014) (unpublished). Jackson later filed two motions to set aside the judgment, arguing that there were errors in the return of his indictment. The trial court denied the motions, and Jackson appeals.

A challenge to the validity of an indictment is essentially a challenge to the conviction.  See *Jones v. State*, 290 Ga. App. 490, 494 (2) (659 SE2d 875) (2008). However, "a petition to vacate or modify a judgment of conviction is not an appropriate remedy in a criminal case." *Harper v. State*, 286 Ga. 216, 218 (1) (686 SE2d 786) (2009).  The Supreme Court has explained that such a motion "is not one of the established procedures for challenging the validity of a judgment in a criminal case." *Roberts v. State*, 286 Ga. 532, 532 (690 SE2d 150) (2010). Further, any appeal from an order denying or dismissing such a motion must be dismissed. Id.; *Harper*, 286 Ga. at 218 (2).

Because Jackson is not authorized to collaterally attack his conviction in this manner, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,__12/06/2018_____*
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*